**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**MARISSA EVANS**                                                                    **PLAINTIFF**

**v.**                                    **CASE NO. 3:11CV00229 BSM**

**CRITTENDEN REGIONAL HOSPITAL,** *et al.*                           **DEFENDANTS**

**ORDER**

Upon reconsideration *sua sponte*, the order [Doc. No. 28] granting defendants' motion in limine is vacated and the motion in limine [Doc. No. 24] is denied without prejudice. Although plaintiff has clearly stated that she did not rely on what appears to be a typographical error contained in defendants' leave policy, this is an issue best left for cross examination and it would be improper to preclude plaintiff from addressing it at trial. Defendants may, however, object to this evidence at trial and preserve its record for appeal.

IT SO ORDERED this 7th day of December 2012.

_____
UNITED STATES DISTRICT JUDGE