3:11CV00229

**VERDICT FORM**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 1 1 2012

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Note: Complete the following paragraph by writing in the name required by your verdict.

On the violation of the FMLA claim of Marissa Evans, we find in favor of:

*Crittenden Regional Hospital, Terry Chambers, Johnnie Holmes*

(Marissa Evans) or (Crittenden Regional Hospital, Terry Chambers, Johnnie Holmes)

Note:	Answer the next question only if the above finding is in favor of the plaintiff. If the above finding is in favor of the defendant, have your foreperson sign and date this form because you have completed our deliberations on this claim.

Has it been proved that the defendant would have discharged plaintiff regardless of her exercise of rights under the FMLA?

_____ Yes        _____ No

(Mark an "X" in the appropriate space.)

Note:	Complete the following paragraph only if your answer to the preceding question is "no". If you answered "yes" to the preceding question, have your foreperson sign and date this form because you have completed your deliberations on this claim.

We find the plaintiff's damages to be:

$ _____

_____ (stating the amount or, if none, write the word ("none").

*Jacqueline [signature]*
Foreperson

Dated: *Dec 11 2012*