IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MARISSA EVANS**                                                                          **PLAINTIFF**

v.                                   **CASE NO. 3:11CV00229 BSM**

**CRITTENDEN REGIONAL HOSPITAL,** *et al.*                              **DEFENDANTS**

## JUDGMENT

Pursuant to the verdict returned by the jury on December 11, 2012, in favor of defendants Crittenden Regional Hospital, Johnnie Holmes, and Terry Chambers;

IT IS ORDERED, ADJUDGED AND DECREED that, on all claims, judgment is rendered for defendants and plaintiff Marissa Evans's claims are dismissed with prejudice.

Dated this 12th day of December 2012.

_____
UNITED STATES DISTRICT JUDGE